United States Court of Appeals
Fifth Circuit

**F I L E D**

**September 27, 2004**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 03-60677
Summary Calendar

DMITRI GERMANOVICH LI,

                                        Petitioner,

versus

JOHN ASHCROFT, U.S. ATTORNEY GENERAL,

                                        Respondent.

--------------------
Petition for Review of an Order of the
Board of Immigration Appeals
BIA No. A77 736 442
--------------------

Before JOLLY, HIGGINBOTHAM, and PICKERING, Circuit Judges.

PER CURIAM:[*]

    Dmitri Germanovich Li petitions for review of the Board of
Immigration Appeals' (BIA's) rejection of his motion to
reconsider.  In his brief, Li contests the BIA's affirmance of
the IJ's order of removal, rather than the BIA's denial of his
motion to reconsider.  Li's only assertion concerning the motion
to reconsider is his conclusory statement that his rights were
prejudiced because he made other arguments in his motion to
reconsider in addition to the one noted by the BIA.  Li has not
shown that the BIA abused its discretion in denying his motion to

---

    [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

reconsider.  See Osuchukwu v. INS, 744 F.2d 1136, 1141 (5th Cir.

1984).  Accordingly, Li's petition for review is DENIED.